IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF NORTH CAROLINA
FILE NO:

| | |
|---|---|
| KENT L. PHILLIPS AND ESPERANZA MAYA, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE GENERAL INSURANCE COMPANY, <br><br> Defendant | **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant, Nationwide Insurance Company (hereinafter "Defendant"), hereby removes this action from the Superior Court of Mecklenburg County to the United States District Court for the Western District of North Carolina.

## I. NATURE OF ACTION

1. This matter arises from a property insurance claim made by Plaintiffs pursuant to a policy of insurance issued to Plaintiffs by Defendant as a result of storm damage allegedly occurring on June 15, 2022. *Complaint, ¶9*.

## II. NOTICE OF REMOVAL IS TIMELY

2. Defendant was served with a copy of the Summons and Complaint on June 17, 2025, via the North Carolina Commissioner of Insurance and notified of said service through its registered agent on or about July 1, 2025.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it was filed within 30 days of service of process on Defendant. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the Defendant, through service

or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …" 28 U.S.C. § 1446(b) (1996).

### III. FEDERAL JURISDICTION EXISTS

4. Pursuant to 28 U.S.C. § 1332(a), as set forth below, complete diversity exists and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, this Court has federal diversity jurisdiction over this civil action. *See* 28 U.S.C. § 1332(a) (2005).

    **A. Complete Diversity Exists Between Plaintiff and Defendant**

5. Plaintiffs in this action are citizens and residents of Mecklenburg County, North Carolina. *Complaint, ¶ 1.*

6. Defendant in this action is a corporation organized under the laws of the State of Ohio and is authorized to conduct business in the State of North Carolina, *¶ 2.*

    **B. The Amount in Controversy Exceeds $75,000.00, Exclusive of Interest and Costs.**

7. Plaintiffs seek compensatory damages as a result of the Defendant's alleged wrongful conduct in an amount in excess of $160,000.00.

8. Plaintiffs have also contended that, as a result of the Defendant's alleged wrongful conduct, they are entitled to recover additional attorney's fees and costs. *Complaint, Prayer for Relief.*

9. Given the nature of Plaintiffs' claim and pre-suit demands coupled with Plaintiffs' request for treble damages, it is clear the relief Plaintiff seeks in this action exceeds $75,000.00

### IV. REMOVAL TO THIS DISTRICT COURT IS PROPER

10. Venue is proper in the United States District Court for the Western District of North Carolina because the Superior Court of Mecklenburg County, North Carolina sits within this federal district.  *See,* 28 U.S.C. § 1446(a); 28 U.S.C. § 1391(a) (2002).

## V. CONSENT AND REMOVAL REQUIREMENTS

11. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served to date upon Defendant in this matter are attached hereto as Exhibit A.

12. The sole Defendant consents to this Notice of Removal and join in the same.

13. This Notice of Removal will promptly be served on Plaintiffs, and a notice of its filing will be promptly filed with the Clerk of Superior Court of Mecklenburg County, North Carolina, pursuant to 28 U.S.C. § 1446(d).

## VI. RESERVATION OF RIGHTS

14. Defendant hereby reserves any and all rights to assert any defenses to Plaintiffs' Complaint.

15. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant, Nationwide Insurance Company, by and through undersigned counsel, hereby give notice that the above-entitled matter has been timely removed to this Court.

This the 16th day of July, 2025.

                MCANGUS GOUDELOCK & COURIE, PLLC

                *s/* John T. Jeffries_____
                John T. Jeffries
                Fed. ID No. 22134
                6302 Fairview Road, Suite 700
                Charlotte, North Carolina 28210
                Phone: (704) 405-4571
                Fax: (704) 643-2376
                Email: jjeffries@mgclaw.com

                ATTORNEY FOR NATIONWIDE GENERAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following::

>David J. Martin
>The Martin Law Firm
>2120 E Firetower Road, Suite 107-44
>Greenville, North Carolina 27858
>david@martinfirm.law
>Attorney for Plaintiffs

**s/ John T. Jeffries**
John T. Jeffries (Bar No: 22134)

# EXHIBIT "A"

| STATE OF NORTH CAROLINA | File No. 25CV028695-590 |
|---|---|
| Mecklenburg County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff |  |
|---|---|
| Kent L. Phillips and Esperanza Maya, c/o David J. Martin, Esq. | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| Address |  |
| 2120 E. Firetower Road, Suite 107-44 |  |
| City, State, Zip |  |
| Greenville   NC   27858 | G.S. 1A-1, Rules 3 and 4 |
| **VERSUS** |  |
| Name Of Defendant(s) | Date Original Summons Issued |
| Nationwide General Insurance Company |  |
|  | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Nationwide General Insurance Company<br>c/o Mike Causey as Registered Agent, Office of the Commissioner<br>1201 Mail Service Center<br>Raleigh   NC   27629 |  |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| David J. Martin, Esq.<br>Attorney at Law<br>2120 E. Firetower Road, Suite 107-44<br>Greenville   NC   27858 | 6/10/2025 | 3:48:35 pm  ☐ AM  ☒ PM |
| | Signature | /s/ Harvey Frison |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time   ☐ AM  ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
|  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|
|  |  |

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
|  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|
|  |  |

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION |
| MECKLENBURG COUNTY | 25 CV 25CV028695-590 |

KENT L. PHILLIPS and ESPERANZA MAYA,

      Plaintiffs,

vs.

NATIONWIDE GENERAL INSURANCE COMPANY,

**PLAINTIFF'S COMPLAINT**

NOW COME Plaintiffs, KENT L. PHILLIPS and ESPERANZA MAYA, by and through their undersigned counsel, and for their causes of action against Defendant NATIONWIDE GENERAL INSURANCE COMPANY, Plaintiffs allege, and state as follows:

## PARTIES, JURISDICTION & VENUE

1. Plaintiffs, KENT L. PHILLIPS and ESPERANZA MAYA, ("Plaintiffs) are citizens of the State of North Carolina and residents of Mecklenburg County, North Carolina.

2. Defendant, NATIONWIDE GENERAL INSURANCE COMPANY, ("Defendant" or "Nationwide General") is a foreign corporation and authorized to conduct business as an insurance company in North Carolina and operates in Mecklenburg County, North Carolina.

3. All allegations contained herein against Defendant Nationwide General also refer to and include the principals, agents, employees and/or servants of said Defendant, either directly or vicariously, under the principles of corporate liability, the completed and accepted doctrine, apparent authority, agency, ostensible agency, and/or *respondent superior*.

4. Venue is appropriate in Mecklenburg County pursuant to N.C. Gen. Stat. § 1-80.

5. Jurisdiction is proper in this Superior Court pursuant to N.C. Gen. Stat. § 7A-24.

6. The acts and omissions of the Defendant Nationwide General giving rise to these causes of action occurred and proximately resulted in injuries and damages to Plaintiffs, in an amount in excess of $25,000.00.

1

Electronically Filed Date: 6/10/2025 2:58 PM Mecklenburg County Clerk of Superior Court
Case 3:25-cv-00516-SCR    Document 1    Filed 07/16/25    Page 9 of 14

## FACTS

7. Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 6 as though fully set forth herein.

8. On or about June 15, 2022, KENT L. PHILLIPS and ESPERANZA MAYA maintained a policy, or policies of insurance issued by Nationwide General, providing coverage for the Phillips - Maya residence, located at 12705 Marsh Wren Ct, Charlotte, North Carolina ("Nationwide General Policy").

9. On or about June 15, 2022, while the Nationwide General Policy was in full force and effect, the subject residence sustained a covered loss due to wind/hail/water damage.

10. Plaintiffs complied and performed all conditions precedent under the Nationwide General Policy for the recovery of benefits.

11. Defendant Nationwide General has refused to adequately pay for the benefits owed and due under the Nationwide General Policy for the subject loss, to include but not limited to, labor costs, material costs, permit costs, overhead and profit and other amounts due to be proven at trial.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

12. Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 11 as though fully set forth herein.

13. The Nationwide General Policy is a valid contract and Defendant Nationwide General breached the contract by failing to adequately pay for the benefits owed and due under the Nationwide General Policy for the subject loss, to include but not limited to, labor costs, material costs, permit costs, overhead and profit and other amounts due, to be proven at trial.

14. As a result of Defendant Nationwide General's breaches of the contract, Plaintiffs incurred damages in excess of $25,000.00.

## SECOND CAUSE OF ACTION
### (Declaratory Relief)

15. Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 14 as though fully set forth herein.

16. Plaintiffs seek declaratory relief and an Order from the Court for:

a. Declaratory judgment regarding Defendant's obligations under the Policy;

b. Declaratory judgment for Plaintiffs ordering Defendant to pay all covered losses, costs of repair, remediation, overhead and profit and any and all other amounts payable to Plaintiffs per the policy and applicable North Carolina statutes and regulations;

c. Declaratory judgment for Plaintiffs ordering Defendant to pay for all additional costs in order for compliance with building health and safety regulations and codes; and

d. For such other and further declaratory relief as may be identified during discovery and as the Court may order.

**WHEREFORE**, Plaintiffs respectfully pray the Court for relief as follows:

A. Damages in excess of $25,000.00;
B. Attorney fees and taxable costs;
C. Trial by jury;
D. Declaratory judgment; and
E. For such other and further relief the Court deems just and proper.

Dated: June 10, 2025

David J. Martin, Esq.
N.C. Bar No.: 40309
2120 E Firetower Road, Suite 107-44
Greenville, North Carolina 27858
Attorney for Plaintiffs Kent L. Phillips and Esperanza Maya
Telephone: 984-298-5470
Email: david@martinfirm.law

# NC DEPARTMENT of INSURANCE
**MIKE CAUSEY, COMMISSIONER**

SERVICE OF PROCESS
Tel 919.716.6615   Fax 919.716.6757

23 June 2025

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Nationwide General Insurance Company
One Nationwide Plaza., 1-35-405
Columbus, OH 43215

Re: Kent L. Phillips and Esperanza Maya

<u>Mecklenburg Co. File No. 25 CVS 028695-590</u>

vs.

**Nationwide General Insurance Company**

Dear Corporate Secretary:

Enclosed herewith are document[s] **Civil Summons and Plaintiffs' Complaint** in the above action which this Department received, and accepted for service on **June 17, 2025.**

Mike Causey
Commissioner of Insurance

Courtney H. Ethridge
Special Deputy for
Service of Process

Enclosure

J00304231003070125

# NC DEPARTMENT of INSURANCE
**MIKE CAUSEY, COMMISSIONER**

SERVICE OF PROCESS
Tel 919.716.6615  Fax 919.716.6757

Kent L. Phillips and Esperanza Maya

vs.

Mecklenburg Co. File No. 25 CVS 028695-590

**Nationwide General Insurance Company**

I, Courtney H. Ethridge, a Special Deputy duly appointed for the purpose, do hereby accept service of the **Civil Summons and Plaintiff's Complaint** in this action and acknowledge receipt of a copy of the same, under the provision of the North Carolina General Statute Section 58-16-30 as process agent for **Nationwide General Insurance Company.**

This the **17th** day of **June, 2025.**

Mike Causey
Commissioner of Insurance

*(signature)*

Courtney H. Ethridge
Special Deputy for
Service of Process

1201 MAIL SERVICE CENTER | RALEIGH, NC 27699-1201 | WWW.NCDOI.GOV



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 31743247**
**Date Processed: 07/01/2025**

| | |
|---|---|
| Primary Contact: | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>1 Nationwide Plz<br>Columbus, OH 43215-2226 |
| Electronic copy provided to: | Ashley Roberts |
| Entity: | Nationwide General Insurance Company<br>Entity ID Number 3286564 |
| Entity Served: | Nationwide General Insurance Company |
| Title of Action: | Kent L. Phillips and Esperanza Maya vs. Nationwide General Insurance Company |
| Matter Name/ID: | Kent L. Phillips and Esperanza Maya vs. Nationwide General Insurance Company (17543435) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Mecklenburg County Superior Court, NC |
| Case/Reference No: | 25CV028695-590 |
| Jurisdiction Served: | Ohio |
| Date Served on CSC: | 07/01/2025 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | Nationwide General Insurance Company |
| How Served: | Client Direct |
| Sender Information: | David J. Martin, Esq.<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com